UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>U.S. Attorney's Office<br>555 Fourth Street, NW<br>Washington, DC 20530,<br><br>    Plaintiff,<br><br>  v.<br><br>$599,930.00 OF FUNDS ASSOCIATED<br>WITH COOPERATING COMPANY 1,<br><br>$845,130.00 OF FUNDS ASSOCIATED<br>WITH APEX CHOICE LTD.,<br><br>$1,722,723.00 OF FUNDS ASSOCIATED<br>WITH YUANYE WOOD CO. LTD.,<br><br>    Defendants In Rem.. | Case No. 1:18-cv-02746 |

## WARRANT FOR ARREST *IN REM*

TO: THE UNITED STATES MARSHAL'S SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

  WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United States District Court for the District of Columbia, on the 26th day of November, 2018, alleging that the above defendant properties are subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1);

  YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant properties, thus bringing, within the jurisdiction of the Court, said defendant properties, more fully described as:

**$599,930.00 OF FUNDS ASSOCIATED WITH COOPERATING COMPANY 1,**

**$845,130.00 OF FUNDS ASSOCIATED WITH APEX CHOICE LTD., and**

1

**$1,722,723.00 OF FUNDS ASSOCIATED WITH YUANYE WOOD CO. LTD.**

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed, unless, pursuant to Rule G(3)(c)(ii)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the defendant properties are in the government's possession, custody, or control.

Dated: December 4, 2018

      Angela D. Caesar
      Clerk of the Court

By: _____
      Deputy Clerk