# SEIZED ASSET CLAIM FORM

U.S. Department of Justice
United States Attorney, District of Columbia
Judiciary Center Building
555 4th Street, N.W.
Washington, DC 20530
Attn: Zia M. Faruqui, Assistant United States Attorney
(202) 252-7566

Re: *United States of America v. 599,930.00 of Funds Associated with Cooperating Company 1, et al.*, 18-cv-2746 (D.D.C.); Notice of Civil Forfeiture Action Dated December 3, 2018

| PART I: Enter your contact information | |
|---|---|
| Name: Apex Choice, Limited by & through its Director: Hui Wang | |
| Address: Company address | |
| Telephone Number: (optional) | Email Address: (optional) |
| Attorney Name: William R. Cowden | |
| Attorney Address: WILLIAM COWDEN LLC<br>1750 K Street, N.W., Suite 900<br>Washington, DC 20006 | |
| Attorney Telephone Number: (optional)<br>(202) 642-0209 | Attorney Email Address: (optional)<br>wcowden@cowdenllc.com |

| PART II: List all assets you are claiming | | |
|---|---|---|
| State your interest in each asset listed and explain why you believe the property belongs to you. You may attach documents to support your claim. If claiming more than three assets, continue on a separate page. | | |
| 1. | Asset ID Number: N/A | Description of Asset: $845,130.00 of Funds Associated with Apex Choice, LTD. |
| | Interest in Property: Ownership | |

1

**PART III: Declaration**

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

__Hui Wang__
**Name Printed**

__[signature]__
**Signature**

__12/12/18__
**Date**

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. 18 U.S.C. § 983(h). A false statement or claim may subject a person to prosecution under 18 U.S.C. §1001.